ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW PRIBE (CA SBN # 254904)
Assistant United States Attorney
   300 N. Los Angeles Street
   Federal Building, Room 7211
   Los Angeles, CA 90012
       Telephone: (213) 894-6551
       Facsimile: (213) 894-0115
       E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br>     vs.<br><br>BEN LIBERMAN and MARIANNE LIBERMAN<br><br>          Defendants. | Case No.: SACV 10-152 JST(RNBx)<br><br>JUDGMENT |

After consideration of the Government's summary judgment motion, the briefs, and the evidence presented, the Court finds that the Government is entitled to summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

Judgment is entered in favor of the United States of America and against Ben Liberman and Marianne Liberman in the amount of $1,234,115.65 plus statutory interest from February 5, 2010 until payment. Statutory interest includes prejudgment interest until the date of judgment and post-judgment interest thereafter. Each party shall bear its own attorney's fees and costs.

DATED: February 15, 2011

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE